UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA A. KATUMBUSI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-0128 KJM EFB PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, seeks relief under 42 U.S.C. § 1983 and has moved for recusal of the undersigned. Under 28 U.S.C. § 455, a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned or where she has a personal bias or prejudice concerning a party. In plaintiff's motion to recuse, plaintiff speculates that the undersigned is biased against plaintiff. The court does not find disqualification is appropriate in this matter, as it is unaware of any bias it holds against plaintiff or another party of this case. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to recuse, filed January 30, 2019 is denied.

DATED: February 5, 2019.

UNITED STATES DISTRICT JUDGE

1