1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FATIMA KATUMBUSI,                      No.  2:19-cv-128-KJM-EFB PS

12              Plaintiff,

13         v.                               ORDER

14    COUNTY OF SACRAMENTO,

15              Defendant.

16

17         On February 6, 2019, the court dismissed plaintiff's complaint with leave to amend.[1]  The

18    order explained the complaint's deficiencies, gave plaintiff thirty days to file an amended

19    complaint correcting those deficiencies, and warned plaintiff that failure to file an amended

20    complaint would result in a recommendation that this action be dismissed.  ECF No. 6.

21         The deadline has passed and plaintiff has not filed an amended complaint.  Plaintiff has,

22    however, filed objections to the dismissal order, arguing that under 28 U.S.C. § 636 a magistrate

23    judge is not authorized to dismiss his complaint.  Plaintiff is mistaken.  *See McKeever v. Block*,

24    932 F.2d 795, 798 (9th Cir. 1991) ("[A] magistrate can . . . dismiss a complaint with leave to

25    amend without approval by the court.").  However, given that plaintiff is proceeding pro se, the

26    court will afford him additional time to file an amended complaint.

27    _____

28         [1]  This action, in which plaintiff is proceeding *in propria persona*, was referred to the
      undersigned under Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1    Accordingly, it is hereby ORDERED that plaintiff shall file an amended complaint within

2  thirty days of the date of this order.  The amended complaint must bear the docket number

3  assigned to this case and must be labeled "First Amended Complaint."  Failure to timely file an

4  amended complaint in accordance with the court's February 6, 2019 order will result in a

5  recommendation that this action be dismissed.

6  DATED:  July 16, 2019.

7

8  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28